# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DANIEL KOOI, derivatively on behalf of WORLD WRESTLING ENTERTAINMENT, INC., | : | CASE NO. 3:20-CV-00743 |
| Plaintiff, | : | |
| v. | : | |
| VINCENT K. MCMAHON, FRANK A. RIDDICK III, JEFFREY R. SPEED, PATRICIA A. GOTTESMAN, STUART U. GOLDFARB, LAUREEN ONG, PAUL LEVESQUE, ROBYN W. PETERSON, STEPHANIE MCMAHON, MAN JIT SINGH, ALAN M. WEXLER, GEORGE A. BARRIOS, and MICHELLE D. WILSON | : | |
| Defendants. | : | |
| WORLD WRESTLING ENTERTAINMENT, INC. | : | |
| Nominal Defendant. | : | JUNE 1, 2020 |

## NOTICE OF RELATED CASE

Pursuant to Local Rule of Civil Procedure 40(b)(2), Defendants hereby provide notice that this case is related to the case captioned *Ryan Merholz, et al. v. Vincent K. McMahon et al.,* Case No. 3:20-cv-00557-VAB, which is currently pending in the District of Connecticut before the Honorable Victor A. Bolden.

DEFENDANTS VINCENT K. MCMAHON, FRANK A. RIDDICK III, JEFFREY R. SPEED, PATRICIA A. GOTTESMAN, STUART U. GOLDFARB, LAUREEN ONG, PAUL LEVESQUE, ROBYN W. PETERSON, STEPHANIE MCMAHON, MAN JIT SINGH, ALAN M. WEXLER, GEORGE A. BARRIOS, MICHELLE D. WILSON and NOMINAL DEFENDANT WORLD WRESTLING ENTERTAINMENT, INC.,

By: */s/ Jeffrey P. Mueller*
Jeffrey P. Mueller (ct27870)
DAY PITNEY LLP
242 Trumbull Street
Hartford, CT 06103
Phone: (860) 275-0100
Fax: (860) 275-0343
Email: jmueller@daypitney.com

Jerry S. McDevitt *(pro hac vice pending)*
Curtis B. Krasik *(pro hac vice pending)*
K&L GATES LLP
K&L Gates Center
210 Sixth Avenue
Pittsburgh, PA 15222
Phone: (412) 355-6500
Fax: (412) 355-6501
Email: jerry.mcdevitt@klgates.com
Email: curtis.krasik@klgates.com

Stephen G. Topetzes (*pro hac vice* pending)
Theodore L. Kornobis (*pro hac vice* pending)
K&L Gates LLP
1601 K Street, NW
Washington, DC 20006
Phone: (202) 778-9000
Fax: (202) 778-9100
Email: stephen.topetzes@klgates.com
Email: ted.kornobis@klgates.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on June 1, 2020, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

      I further certify that, on June 1, 2020, a copy of the foregoing was sent by e-mail and regular mail to counsel of record for the Plaintiff at:

Jonathan Shapiro, Esq.
Aeton Law Partners LLP
101 Centerpoint Drive
Suite #105
Middletown, CT 06457
Email: JMS@aetonlaw.com

                                          */s/ Jeffrey P. Mueller*
                                          Jeffrey P. Mueller (ct27870)