UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| DANIEL KOOI *deratively* on behalf of WORLD WRESTLING ENTERTAINMENT INC., | : : : : : |
| Plaintiff, | : : |
| V. | : CASE NO. 3:20cv0743(RNC) : |
| VINCENT K. McMAHON, ET AL., | : : |
| Defendants. | : |

ORDER

In the interest of justice, the above identified case is hereby transferred to Judge Victor A. Bolden. All further pleadings or documents in this matter should be filed with the Clerk's Office in Bridgeport and bear the docket number 3:20cv0743(VAB)

So ordered.

Dated at Hartford, Connecticut this 2nd day of June 2020.

                                                           /s/ RNC
                                             Robert N. Chatigny
                                    United States District Judge