# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| DANIEL KOOI, derivatively on behalf of WORLD WRESTLING ENTERTAINMENT, INC., | : : : | |
| Plaintiff, | : : | Civil Act. No.: 3:20-CV-00743 (VAB) |
| VS. | : : : | |
| VINCENT K. MCMAHON, FRANK A. RIDDICK, III, JEFFREY R. SPEED, PATRICIA A. GOTTESMAN, STUART U. GOLDFARB, LAUREEN ONG, PAUL LEVESQUE, ROBYN W. PETERSON, STEPHANIE MCMAHON, MAN JIT SINGH, ALAN M. WEXLER, GEORGE A. BARRIOS, and MICHELLE D. WILSON, | : : : : : : : : | |
| Defendants. | : : | |
| and | : | |
| WORLD WRESTLING ENTERTAINMENT, INC., | : : | |
| Nominal Defendant. | : : | |

## VERIFIED AMENDED SHAREHOLDER DERIVATIVE COMPLAINT

Plaintiff Daniel Kooi ("Plaintiff"), by and through his undersigned counsel, respectfully submits this Verified Amended Shareholder Derivative Complaint on behalf of nominal defendant World Wrestling Entertainment, Inc. ("WWE" or the "Company") against certain of its directors and officers named herein (the "Individual Defendants" as defined below).[1]

Plaintiff bases his allegations on personal knowledge as to his own acts, based upon due investigation by counsel, including, among other things, review and analysis of: (a) public filings

---

[1] This action was originally filed in the Superior Court of Connecticut, Judicial District of Stamford / Norwalk at Stamford and subsequently removed to this Court. Plaintiff's motion to remand the action remains pending. ECF No. 30. The filing of the Verified Amended Shareholder Derivative Complaint is not a concession by Plaintiff that this Court has subject matter jurisdiction over claims alleged herein and Plaintiff reserves all rights with respect to this Court's jurisdiction.

made by WWE with the United States Securities and Exchange Commission ("SEC"); (b) press releases, postings on WWE's website and other publications caused or allowed to be disseminated by the Company; (c) news articles, analyst reports and other public documents; and (d) public filings in the related federal securities class action lawsuit action filed in the U.S. District Court for the Southern District of New York captioned *City of Warren Police and Fire Retirement System v. World Wrestling Entertainment, Inc, et al.*, Case No. 20-cv-02031 (the "Securities Action").

## INTRODUCTION

1.    According to its public filings, WWE is an integrated media and entertainment company that is primarily known for its scripted professional wrestling shows.

2.    In recent years, WWE entered into important strategic relationships in the Middle East, which the Individual Defendants (defined herein) viewed as a critical emerging market and key to the Company's growth plans and financial success in the face of flagging domestic fan engagement. These relationships included a multi-year television distribution rights agreement with the Orbit Showcase Network ("OSN"), a broadcast satellite provider serving the Middle East and North Africa ("MENA") region, and a 10-year partnership with the Saudi General Sports Authority to host live events in Saudi Arabia.

3.    As described herein, the Individual Defendants routinely praised the international market and the MENA region specifically as the future of the Company's revenue generation.  As detailed herein, the Individual Defendants specifically cited the partnership deals with OSN and the Saudi General Sports Authority as a driver of adjusted operating income before depreciation or amortization ("OIBDA") – a non-GAAP metric that WWE states "is the primary measure used by management of the Company to evaluate segment performance and make decisions about allocating resources."

4.     Yet neither of the two relationships would yield the promised financial success.

5.     As early as February 2019, the Individual Defendants regularly told the public that a "renewal" of a broadcasting agreement in the Middle East was forthcoming.  The only such agreement was that with OSN, which was set to expire in the summer of 2019.  Yet before these statements were made, the Individual Defendants *knew*, or were reckless in not knowing, that as early as November 2018 OSN had informed WWE that the network was shutting down its sports coverage.  According to an employee of WWE, OSN and WWE agreed *to an early termination of their broadcasting agreement via settlement agreement on December 18, 2018*.

6.     The true state of the Company's financial future in the Middle East went undisclosed.  Despite specifically warning in public filings with the SEC that "failure to maintain or renew key agreements could adversely affect our ability to distribute our media content, WWE Network, our films and/or other of our goods and services, which could adversely affect our operating results" each of the Individual Defendants signed a SEC filing they knew omitted material information.

7.     During this time, the Individual Defendants scrambled to find another media rights provider.  They settled on the Saudi General Sports Authority.  In an attempt to blunt the impact of the loss of the OSN agreement, the Individual Defendants would, starting in July 2019, publicly shift focus away from the now defunct OSN venture and begin promoting the prospects of their negotiations of a media rights agreement with the Saudi General Sport Authority.  Such a deal was critical for WWE to reach its highly publicized goal of full-year $200 million fiscal year 2019 OIBDA guidance.

8.     To that end, by the summer of 2019 the Individual Defendants stated that an "agreement in principle" had been reached with the Saudi General Sports Authority for a new

media rights deal in the MENA region and that negotiations would be wrapped up "very soon." They were not. And according to Company insiders, a year later a deal has yet to be finalized.

9.      The truth would ultimately emerge in October 2019. On Halloween, the Individual Defendants caused the Company to announce that WWE was lowering its fiscal year 2019 adjusted OIBDA guidance to a range of $180 million to $190 million due in large part to WWE's failure to complete a distribution agreement with the Saudi General Sport Authority. On a conference call to discuss the results, defendant George A. Barrios ("Barrios") stated that "no assurances" could be given that the deal would ever be completed.

10.     On January 30, 2020, the purpose of the misrepresentations were made clear: After an entire year of promising, predicting, and promoting expected adjusted OIBDA of $200 million– heads rolled.  WWE announced that two of its most senior and longest serving executives, defendants Barrios and Michelle D. Wilson ("Wilson"), had abruptly left the Company.

11.     Days later, on February 6, 2020, the Individual Defendants caused the Company to announce that the Company had achieved just $180 million in adjusted OIBDA for the year.

12.     As a result of these disclosures, the price of WWE stock plummeted.

13.     Yet not every shareholder was harmed by the drop in WWE stock price.  While in possession of material inside information regarding the true picture of the Company's Middle East media rights efforts, three WWE insiders would liquidate their personal WWE stock for proceeds in excess of *$270 million.*

14.     Accordingly, as a result of defendants' breaches of fiduciary duty and other serious misconduct, the Company has been damaged.

### THE PARTIES

4

15.     Plaintiff is a shareholder of WWE and has continuously held WWE common stock since at least 2014.

16.     Nominal defendant WWE is a Delaware corporation headquartered at 1241 East Main St., Stamford, Connecticut 06902.

17.     Defendant V. McMahon has served as a director of WWE since 1980.  V. McMahon is currently the Chairman of the WWE Board of Directors (the "Board") and CEO of WWE.

18.     Defendant Frank A. Riddick, III ("Riddick") has served as a director of WWE since 2008.  Riddick currently serves as the Company's interim Chief Financial Officer.

19.     Defendant Jeffrey R. Speed ("Speed") has served as a director of WWE since 2008. Speed currently serves as the Chairman of the Company's Audit Committee.

20.     Defendant Patricia A. Gottesman ("Gottesman") has served as a director of WWE since 2011. Gottesman stepped down from the Board effective at the April 16, 2020 Annual Meeting.

21.     Defendant Stuart U. Goldfarb ("Goldfarb") has served as a director of WWE since 2011. Goldfarb serves on the Company's Audit Committee.

22.     Defendant Laureen Ong ("Ong") has served as a director of WWE since 2014.

23.     Defendant Paul Levesque ("Levesque") has served as a director of WWE since 2015. Levesque currently serves as the Company's Executive Vice President Global Talent Strategy and Development.

24.     Defendant Robyn W. Peterson ("Peterson") has served as a director of WWE since 2015.

25.     Defendant Stephanie McMahon ("S. McMahon") has served as a director of WWE since 2015.  S. McMahon currently serves as the Company's Chief Brand Officer.

26.     Defendant Man Jit Singh ("Singh") has served as a director of WWE since 2018. Singh currently serves on the Company's Audit Committee.

27.     Defendant Alan M. Wexler ("Wexler") has served as a director of WWE since 2018.

28.     Defendant Barrios was a Co-President of WWE, its principle financial officer and a member of its Board of Directors until his departure on January 30, 2020.

29.     Defendant Wilson was a Co-President of WWE and a member of the Board until her departure on January 30, 2020.

30.     Defendants V. McMahon, Riddick, Speed, Gottesman, Goldfarb, Ong, Levesque, Peterson, S. McMahon, Singh, Wexler, Barrios, and Wilson are referred to herein as the "Individual Defendants."

31.     Defendants Speed, Singh, and Goldfarb are referred to herein as the "Audit Committee Defendants."

## INDIVIDUAL DEFENDANTS' DUTIES

32.     By reason of their positions as officers, directors, and/or fiduciaries of WWE, and because of their ability to control the business and corporate affairs of WWE, the Individual Defendants owed WWE and its shareholders fiduciary obligations of good faith, loyalty, and candor, and were and are required to use their utmost ability to control and manage WWE in a fair, just, honest, and equitable manner.

33.     Further, the Individual Defendants were and are required to act in furtherance of the best interests of WWE and its shareholders so as to benefit all shareholders equally, and not in

furtherance of their personal interest and benefit.  Each director and officer of the Company owes to WWE and its shareholders the fiduciary duty to exercise good faith and due diligence in the administration of the affairs of the Company, and in the use and preservation of its property and assets, as well as the highest obligation of fair dealing.

34.     Because of their positions of control and authority as directors and/or officers of WWE, having knowledge of material, non-public information regarding the Company, the Individual Defendants were able to and did, directly and/or indirectly, exercise control over the wrongful acts complained of herein.  To discharge their duties, the officers and directors of WWE were required to exercise reasonable and prudent supervision over the management, policies, practices and controls of the Company.  By virtue of such duties the officers and directors of WWE were required to, among other things:

> a.  Exercise good faith to ensure that the affairs of the Company were conducted in an efficient, business-like manner so as to make it possible to provide the highest quality performance of their business;
>
> b.  Exercise good faith to ensure that the Company was operated in a diligent, honest and prudent manner, and complied with all applicable federal and state laws, rules, regulations and requirements, and all contractual obligations, including acting only within the scope of its legal authority and disseminating truthful and accurate statements to the investing public; and
>
> c.  Properly and accurately guide investors and analysts as to the true financial condition of the Company at any given time, including making accurate statements about the Company's financial results.

35.     According to its charter, the Audit Committee of the Board "shall provide assistance to the Directors in fulfilling their responsibility to the stockholders, potential stockholders, and investment community relating to corporate accounting, reporting practices of the Company and the quality and integrity of financial reports of the Company."

36.     The Audit Committee's charter details specific areas over which the Audit Committee is tasked in assisting the Board with oversight.  These areas include:

- the accounting and financial reporting practices of the Company;

- the audits of the Company's financial statements including without limitation the performance of the Company's internal controls and internal audit function and the independent auditor's qualifications, independence and performance;

- the integrity of the Company's financial statements;

- the Company's compliance with legal and regulatory requirements; and

- the Company's system of disclosure controls and system of internal controls regarding finance, accounting, legal compliance and ethics that management and the Board have established.

37.     Further, the Audit Committee's charter highlights the specific relevant areas of responsibility which include, but are not limited to:

- Review and discuss earnings press releases with management, including the type and presentation of information, paying particular attention to any use of "proforma", "adjusted" or other information which is not required by generally accepted accounting principles ("GAAP");

- Review and discuss with management financial information and earnings guidance provided to analysts and rating agencies. Such discussions may be on general terms (i.e., discussion of the types of information to be disclosed and the type of presentation to be made) and need not be in advance of each earnings release or earnings guidance; and

- Review the regular internal reports (or summaries thereof) to management prepared by the internal auditing department and management's response.

## SUBSTANTIVE ALLEGATIONS

**A.      Background of the Company**

38.     WWE is an integrated media and entertainment company that is primarily known for its scripted professional wrestling shows.

39.     WWE reports revenues in three segments: Live Events, Media, and Consumer Goods. Live Events provides ongoing content for WWE's media platforms and Live Event segment revenues consist primarily of ticket sales, including primary and secondary distribution, revenues from events for which WWE receives a fixed fee, as well as the sale of travel packages

associated with the Company's global live events. The Media segment reflects the production and monetization of long-form and short-form media content across various platforms, including WWE Network, pay television, digital and social media, as well as filmed entertainment. Across these platforms, revenues principally consist of content rights fees, subscriptions to WWE Network, and advertising and sponsorships.

40.     Beginning in 2014, the Saudi government began hosting several WWE live events in Saudi Arabia. The events were very lucrative for WWE, and later expanded as part of Saudi Arabia's social and economic reform program, Saudi Vision 2030.

41.     OSN is a direct-broadcast satellite provider serving the middle eastern region. OSN has traditionally offered popular entertainment content such as movies, sporting events, and various TV shows from major U.S. and international networks and studios, in addition to local versions. The OSN network is owned and operated by Panther Media Group Limited, a joint venture between a Kuwait-based company and Mawarid Holding, a private Saudi investment company.

42.     On July 21, 2014, WWE and OSN announced a five-year exclusive media agreement.  The release stated:

> July 21 2014, Dubai, UAE – WWE (NYSE:WWE) and OSN today announced that WWE's flagship television program Monday Night Raw® will now air live on OSN, WWE's exclusive pay TV partner in the Middle East and North Africa through 2019. OSN is the leading pay TV platform in the Middle East and North Africa and offers the largest selection of international entertainment and sports content in the region.
>
> Under this new agreement, fans can now enjoy all of WWE's programming, including Raw, SmackDown®, NXT™ and Main Event™, as well as WWE pay-per-view events including WrestleMania® and SummerSlam®, in one place on OSN Sports 2 HD.

OSN subscribers can also watch all the action anytime, anywhere on their smartphone, tablet or laptop with OSN Play, the region's first online viewing platform, where OSN Sports 2 HD is streamed live and via 'OSN on Demand'.

"OSN and WWE have a long standing relationship and we are very excited to be taking that to the next level," said Andy Warkman, OSN's VP of Sport & Production. "For the first time in the region, all core WWE programming will be available in one place, making OSN the home of WWE, reaching an audience across more than 20 countries. This deal furthers our commitment to bringing our customers the best content."

"WWE is very excited to be extending and expanding its deal with OSN in the Middle East," said Carlo Nohra, General Manager of WWE Middle East. "OSN hosts some of the very best international entertainment and sports programming and is the perfect home for WWE programming. Together with OSN, we will continue to grow our TV, pay-per-view, live event and consumer products businesses across the Middle East."

43.    On February 15, 2015, WWE and OSN jointly issued a release stating they were

adding WWE Network to the five-year agreement as part of an expanded partnership:

DUBAI, UAE and STAMFORD, CONN., February 12, 2015 – OSN, the leading pay-TV network in the Middle East and North Africa (MENA), and WWE® (NYSE: WWE) today announced a five-year partnership to distribute WWE Network as a premium, linear channel in time for WrestleMania® on Sunday, March 29, exclusively on OSN.

The agreement will run concurrent with WWE and OSN's existing partnership to air WWE's flagship programming, Raw® and SmackDown®, as well as NXT ®, Superstars and more in the region.

OSN subscribers will be able to access the premium linear network via their set top boxes, and anytime, anywhere on multiple devices via OSN Play and through authenticated access via WWE Network apps. WWE Network will also be offered in the region on a direct-to-consumer basis through the WWE app, available on GO by OSN.

"OSN has a long standing relationship with WWE and we are very excited to be expanding that relationship further with the exclusive carriage of the WWE Network," said Andy Warkman OSN's VP, Sport and Production "We will be co-branding the linear channel OSN WWE Network HD and following on from our enhanced TV deal renewal last year, this is great news for WWE fans in the Middle East & North Africa region. We are looking forward to launching the Network in the coming weeks and cementing our position as the Home of WWE in the region."

"OSN is the leader in pay television in the Middle East and North Africa, and we are excited to expand our partnership and further our reach within the region by adding WWE Network as a premium, linear channel," said Gerrit Meier, WWE Executive Vice President, International. "WWE is committed to growing our brand globally and this agreement illustrates the flexibility we have in rolling out WWE Network around the world, offering our fans an extraordinary experience."

WWE Network is available in more than 170 countries and territories and recently surpassed 1 million subscribers just 11 months after launch, making it the fastest-growing digital subscription service. WWE Network's one-of-a-kind programming includes all 12 WWE pay-per-view events LIVE at no additional charge plus groundbreaking original series, reality shows, documentaries, classic matches, exclusive coverage of special events and nearly 3,000 hours of video-on-demand content

44.     In the years that followed, expansion into the MENA region became an increasingly important part of WWE's business plans and growth initiatives, as the Middle East grew to become the Company's second largest market by monetization.

45.     In March 2018, the Saudi Press Agency announced that WWE and the Saudi General Sports Authority had signed a 10-year multi-platform partnership with WWE to hold wrestling events in the country. A press release issued by WWE and the Saudi General Sports Authority described the deal as follows:

The Saudi General Sports Authority in partnership with WWE will present the Greatest Royal Rumble event at the King Abdullah Sports City in Jeddah, Saudi Arabia on Friday, April 27. For the first time ever, the Royal Rumble match will feature 50 WWE Superstars. As part of this historic event, fans will see WWE Superstars John Cena™, Triple H™, Roman Reigns™, AJ Styles™, Braun Strowman™, The New Day™, Randy Orton™, Bray Wyatt™ and Shinsuke Nakamura™, among others.

* * *

Ticket and broadcast information will be available in the coming weeks. This event is part of a 10-year strategic multiplatform partnership in support of Vision 2030, Saudi Arabia's social and economic reform program.

"The Greatest Royal Rumble will be a spectacle of historic proportions," said Vince McMahon, WWE Chairman & CEO. "Our partnership with the Saudi General Sports Authority reflects a long-term commitment to present WWE's world-class entertainment to a global audience on a grander scale than ever before."

46.     The Greatest Royal Rumble, which took place on April 27, 2018, was a success. WWE hailed the event as the largest "outside the U.S. in the past 16 years" and a major contributor to the Company's "record" second quarter 2018 results. Speaking during an earnings call with investors, defendant Wilson stated that, "[a]s added proof of the compelling nature of our content, last Friday, we held one of our largest events ever outside the United States, with a sold-out crowd at the Greatest Royal Rumble event in Jeddah, Saudi Arabia."

**B.     The Individual Defendants Fail to Accurately Disclose the Prospects of a Media Rights Deal in the Middle East**

47.     Since the signing of the OSN deal, the Individual Defendants regularly touted the international market generally, and the MENA region specifically, as an opportunity for future growth and a driver of the Company's oft-cited adjusted OIBDA financial metric. For example, on February 7, 2019, the Individual Defendants caused the Company to issue a press release announcing the Company's fourth quarter and fiscal year 2018 results.  The press release stated, in pertinent part:

> STAMFORD, Conn.--(BUSINESS WIRE)-- WWE (NYSE: WWE) today announced financial results for its fourth quarter ended December 31, 2018.
>
> "In 2018, WWE generated the highest level of revenue and earnings in the Company's history by leveraging our brand strength to increase the monetization of our content worldwide," stated Vince McMahon, Chairman and Chief Executive Officer. "Our long-term growth strategy will continue to focus on content creation, digitization and international development."
>
> George Barrios, WWE Co-President, added "We increased revenue by nearly $130 million, and achieved a record level of Adjusted OIBDA and network subscribers. We expect to balance 2019 revenue growth with investment in strategic areas that extend the moat around our business, enabling us to continue our business transformation and maximize shareholder value."

48.     The same press release included a projection of adjusted OIBDA of over $200 million for fiscal year 2019:

World Wrestling Entertainment, Inc.

Supplemental Information - Reconciliation of Business Outlook

(In millions, except per share data)

(Unaudited)

Reconciliation of Adjusted OIBDA to Operating Income

| | Q4 2018 | FY 2018 | Q1 2019 | FY 2019 |
|---|---|---|---|---|
| Adjusted OIBDA | $ 64.4 | $ 178.9 | $9 - $14 | At least $200 |
| Depreciation & amortization | (6.0) | (25.1) | - | - |
| Stock-based compensation | (5.0) | (39.3) | - | - |
| Film impairments [1] | - | - | - | - |
| Asset impairments [1] | - | - | - | - |
| Gain (losses) on operating assets [1] | - | - | - | - |
| Restructuring charges [1] | - | - | - | - |
| Other operating income items [1] | - | - | - | - |
| Operating income (U.S. GAAP Basis) | $ 53.4 | $ 114.5 | Not estimable | Not estimable |

[1] Because of the nature of these items, WWE is unable to estimate the amounts of any adjustments for these items for periods after December 31, 2018 due to its inability to forecast if or when such items will occur. These items are inherently unpredictable and may not be reliably quantified.

49.     The press release further predicted record-breaking revenue in fiscal year 2019 to coincide with the predicted record adjusted OIBDA:

**Financial Outlook 2019**

In 2019, WWE management expects the Company to achieve another year of record revenue of approximately $1.0 billion and, as previously communicated, is targeting Adjusted OIBDA of at least $200 million, which would also be an all-time record (up at least 12% from Adjusted OIBDA of $178.9 million in 2018)

50.     Defendant Barrios spoke during a February 7, 2019 earnings call with analysts following the release of the Company's financial results.  There, Barrios inextricably tied the goal of $200 million adjusted OIBDA to the Company's international performance:

So if we're moving revenue at a faster clip than we anticipate, we may put some additional investments in the fourth quarter but all geared towards hitting that $200 million in OIBDA for the year. And as we talked about in the prepared remarks, it really is on those areas of continuing to drive content, especially the localization of our current content and potentially local content in some of our key international markets. We just think that's a big addition to the flywheel that we've built. We'll continue to invest in digital products and digitization kind of writ large, the network being kind of one of the largest manifestations of that. And we'll continue to put more people, more kind of functional roles in our key markets, in India, in the Middle East, in China, in Latin America. So that's what we're going to do. As we

said again in the prepared remarks, we think there's a long tail for us in the monetization of content, both in the U.S. and outside the U.S. and we think the opportunity is one we want to make sure we take advantage of. *In terms of the rights renewal process outside the U.S., obviously, there's a lot of key markets that we're still working on, U.K., India, China, Latin America, the Middle East. We'll announce those as the deals get done or shortly thereafter.*

(emphasis added).

51.     Only one renewal was pending in the Middle East at that time – the agreement with OSN.  And that deal was dead.

52.     According to Carlo Nohra, the current Vice President and General Manager of WWE – Middle East, beginning in 2018 OSN became delinquent in the payments of rights fees to WWE. In November 2018, OSN sent WWE an unsolicited settlement proposal.  In a cover letter accompanying the settlement proposal, OSN's general counsel wrote:

> "…due to the unprecedented and extremely challenging market conditions with which OSN is currently faced, OSN has regrettably been left with no option but to work towards exiting its sports content business, the current plan for which is to close the OSN sports channels at the end of Q1 2019."

53.     According to Mr. Nohra, WWE and OSN entered into a settlement agreement on December 18, 2018 pursuant to which WWE and OSN agreed to the *early* termination of the OSN media rights agreements, effective March 2019.

54.     Despite the statements to the contrary, there was no chance of a *renewal* in the Middle East because the OSN had already been terminated, by agreement.  Still, the early termination of the OSN agreement would not be disclosed for months.

55.     Also on February 7, 2019, the Individual Defendants caused WWE to file its Annual Report on Form 10-K with the SEC ("2018 10-K"), which was signed by Individual Defendants V. McMahon, Riddick, Speed, Gottesman, Goldfarb, Ong, Levesque, Peterson, S. McMahon, Singh, and Wexler.

56. The 2018 10-K emphasized the importance of the Saudi relationship, stating that, "[i]n 2018, WWE embarked on an important long-term partnership with the General Sports Authority of the Kingdom of Saudi Arabia for, among other things, a series of live events in that region." It also stated that WWE had "an important partnership with the General Sports Authority of the Kingdom of Saudi Arabia" that was then "expected to continue to constitute a significant percentage of [WWE's] revenues."

57. Critically, the 2018 10-K also contained a list of risk factors centered on the Company's key agreements for distributing content.

**Our failure to maintain or renew key agreements could adversely affect our ability to distribute our media content, WWE Network, our films and/or other of our goods and services, which could adversely affect our operating results.**

Our media content is distributed by cable, satellite and broadcast television networks and digital platforms around the globe. As detailed below, we depend on third parties for many aspects of the operation and distribution of WWE Network. Our films are generally also distributed by other, more established film companies. Because a large portion of our revenues are generated, directly and indirectly, from this distribution, any failure to maintain (such as due to a breach or alleged breach by either party) or renew arrangements with distributors and platforms, the failure of distributors or platforms to continue to provide services to us or the failure to enter into new distribution opportunities on terms favorable to us could adversely affect our financial outlook, liquidity, business and operating results. We regularly engage in negotiations relating to substantial agreements covering the distribution of our media content by carriers located in the United States and abroad. We have a substantial relationship with NBCU as they distribute the vast majority of our television programming domestically through their cable networks. As previously announced, we have reached an agreement under which beginning October 2019, the domestic distribution of our program, *SmackDown Live*, will move to broadcast television on the Fox Network. *Raw* will continue to be carried by NBCU on USA Network. *We also have an important partnership with the General Sports Authority of the Kingdom of Saudi Arabia.* These relationships are expected to continue to constitute a significant percentage of our revenues. The number of subscribers and ratings of television networks and advertising revenues in general have been reported as being impacted by viewers moving to alternative media content providers, a process known as "cord cutting" and "cord shaving". Many well-funded digital companies have been competing with the traditional television business model and, while it has been widely reported that

they are paying significant amounts for media content, it is not clear that these digital distributors will replace the importance (in terms of money paid for content, viewer penetration and other factors) of television distribution to media content owners such as WWE. ***We have significant relationships outside the United States with distributors nearing the end of their terms, including in the United Kingdom, India, Latin America and the Middle East***. Many of our other goods and services, such as our toys, video games and home video offerings are manufactured and sold by other parties under licenses of our intellectual property or distribution agreements. Our inability for any of the reasons set forth in these Risk Factors to maintain and/or renew or replace these agreements on terms favorable to us could adversely affect our financial outlook, liquidity, business and/or operating results.

(emphasis added).

58.     The relationships in the Middle East that was "nearing the end" of its term can only be a reference to the OSN agreement.  The 2018 10-K does not disclose that the OSN agreement had been terminated nearly two months before the 2018 10-K was filed with the SEC.

59.     By the middle of February 2019 the Individual Defendants had made their case clear: the goal for fiscal year 2019 was $200 million adjusted OIBDA to coincide with projected record revenue and one key risk to achieving that goal was obstacles to distributing content internationally and the MENA region specifically.

60.     As discussed herein, what the 2018 10-K failed to disclose, and what the Individual Defendants would not disclose for months, was that the Individual Defendants ***knew*** one of those risks had already materialized and did not disclose the information.

61.     Nevertheless, the Individual Defendants continued to tell their story and began to emphasize the importance of their alternative plan: a new exclusive media rights agreement in MENA with the Saudi General Sports Authority.

62.     On February 26, 2019, defendant Barrios presented to investors at the Morgan Stanley Technology, Media & Telecom Conference. He stated:

So some key markets for us, Middle East, China, U.K., Latin America, India, so those are all ongoing. ***We've said we hope to get that locked down by the middle***

*of the year*. And those deals take effect some -- throughout this year and some will begin on channel Jan. 1, 2020. So kind of locking those down, obviously, important for us strategically because our distribution partners for the core content is a key part of the value creation for the business, important for us financially. We'll have a lot of visibility over the next several years for a pretty significant portion of our revenue, so really important.

(emphasis added)

63.     On July 25, 2019, the Individual Defendants caused WWE to issue a press release

reporting the Company's financial results for the second quarter of fiscal year 2019. The release

stated:

> **Financial Outlook 2019**
> The Company reiterated its full year guidance, which targets revenue of approximately $1 billion and Adjusted OIBDA of at least $200 million. This guidance assumes continued improvement in WWE's engagement metrics, a second large scale event in the MENA region, and the completion of a media rights deal in the MENA region. ***The Company believes it has agreements in principle with the Saudi General Sports Authority on the broad terms for the latter two items; however, this understanding is nonbinding***. It is possible that either or both of these business developments do not occur on expected terms and/ or that engagement does not improve as assumed. The Company has evaluated these potential outcomes and currently believes that the most likely downside to its Adjusted OIBDA would be approximately $10 million to $20 million below its current outlook.
>
> The Company's full year guidance reflects strong fourth quarter results with substantial revenue growth from both the Company's new content distribution agreements in the U.S., which become effective in that period, and the aforementioned media rights deal in the MENA region.

(emphasis added).

64.     The July 25, 2019 press release went on to state:

> "During the quarter, we made progress on key strategic initiatives," stated Vince McMahon, Chairman and Chief Executive Officer. "We completed content distribution agreements in key international markets, prepared for the next phase of our *WWE Network* service, and achieved steady improvement in engagement metrics. As indicated previously, we remain excited about the future, particularly with our debut on Fox in October."

George Barrios, Co-President, added "In the quarter, our earnings exceeded guidance, however we anticipate a portion of this to reverse and we continue to target full-year Adjusted OIBDA of at least $200 million. The guidance presupposes the staging of a second large scale international event and the completion of a media rights deal in the MENA region. As we optimize near-term results, we will continue to focus on content creation, localization and digitization, including the evolution of our direct-to-consumer network, to drive long-term growth."

65.     That same day, the Individual Defendants caused the Company to hold an earnings

call to discuss the Company's results. During his prepared remarks, defendant V. McMahon stated:

***"Obviously, there's India and MENA to do, and we are going to be close to announcing those***

***deals very soon*****.**" (emphasis added).

66.     Similarly, defendant Barrios stated that:

For the full year, we continue to target record revenue of approximately $1 billion and adjusted OIBDA of at least $200 million. This guidance assumes continued improvement in our engagement metrics, a second large-scale event in the MENA region and the completion of a media rights deal in the MENA region. ***We believe we have agreements in principles with the Saudi -- in principle with the Saudi General Sports Authority on the broad terms for the latter 2 items***.

(emphasis added).

67.     Moments later, on the same call, defendant Barrios stated, though not explicitly,

that the OSN agreement had ended. In response to an analyst question, Barrios stated:

In the Middle East, our Pay TV agreement has been terminated, but our free-to-air agreement continues to be in place. As a reminder, YouTube -- all of YouTube has some of the highest per capita consumption in the world in that region. So we're pretty good at activating using the digital channels, so we continue to be pretty aggressive on that right now.

68.     But WWE was not "close to announcing" a deal for a MENA media rights

agreement with the Saudi General Sports Authority "very soon" and any characterization that an

"agreement in principle" had been reached was misleading.  According to Mr. Nohro, discussions

between WWE and the Saudi General Sports Authority regarding a potential new exclusive media

rights agreement began after OSN and WWE agreed to terminate the OSN agreement.

69.     Despite Mr. Nohro's statements that he and others at WWE have had several meetings with Saudi officials – including as recently as February 2020 –  nearly a year after an alleged "agreement in principle" was reached, there has been **no executed deal.**

## C.     The Truth Emerges

70.     On October 31, 2019, the Individual Defendants caused WWE to issue a press release providing the Company's third quarter fiscal year 2019 financial results. Therein, the much hyped focus on $200 million adjusted OIBDA was abandoned due in large part to WWE's failure to complete a distribution agreement in the Middle East.  The press release stated in pertinent part:

**Business Outlook**

The Company has modified its full year 2019 guidance to an Adjusted OIBDA range of $180 million to $190 million, which would be an all-time record. The change is attributable to the delay in completing a previously contemplated agreement in the MENA region and the impact of accelerated investment to support content creation. While the Company continues to work toward the completion of a MENA agreement, no assurances can be given in this regard. The Company expects to have clarity on this point in advance of providing guidance for 2020.

71.     On January 30, 2020, WWE announced that two of its most senior and longest serving executives, defendants Barrios and Wilson, had abruptly left the Company.  *Bloomberg* reported on the sudden departures the same day:

McMahon Forces WWE Executives to Tap Out After Earnings Slip

World Wrestling Entertainment Inc. ousted two of its top executives after 2019 earnings came in at the low end of estimates, a shake-up that has rattled investor confidence in the pro-wrestling giant.

Shares of WWE plunged as much as 24% to $47.50 in extended trading after the company announced the departure of Co-Presidents George Barrios and Michelle Wilson, effective immediately. The stock hasn't traded that low since May 2018.

Frank Riddick, a board member for more than 11 years, has been named interim chief financial officer, WWE said Thursday. He'll report to Chairman and Chief Executive Officer Vince McMahon, the billionaire who often serves as the face of the company.

"The board and I decided a change was necessary," McMahon said in a statement. "We have different views on how best to achieve our strategic priorities."

**Writing on Wall**

The reshuffling follows a difficult stretch for WWE, whose stock was crowned only two years ago by KeyBanc Capital Markets as "one to own in media."

After a string of negative headlines in 2019, investors had grown concerned about both WWE's upcoming contract renewals and a public-relations fallout surrounding the treatment of its wrestlers. The stock suffered its worst annual return since 2014, falling 13% last year while the S&P Midcap 400 Index added 24%.

Media reports had hinted that management was struggling to renew distribution contracts overseas, including international deals in key regions such as the Middle East. And earlier in the year, John Oliver, the comedian and late-night talk show host, had criticized WWE's McMahon in a segment on "Last Week Tonight."

Oliver said that wrestlers were dying at a faster rate than professional football players, and that WWE failed to provide health insurance because the company deemed its talent independent contractors. WWE later rebuffed Oliver's assertions, pointing to its "longstanding" talent wellness initiative. The program offers wrestlers a yearly physical and testing for brain function and substance abuse.

**Better Days Ahead?**

In recent months, Wall Street had seemed to grow more optimistic about WWE -- following the expansion of a live event partnership in Saudi Arabia and an agreement with Fox Corp. to air "Friday Night Smackdown" in the U.S.

Event programming, encouraging long-term TV contracts and relatively predictable revenue alongside cash flow growth makes the company "well positioned," Alan Gould, an analyst at Loop Capital Markets, said in a note last month.

Approximately 90% of analysts on Wall Street recommend a buy-equivalent rating on the stock, according to data compiled by Bloomberg. And some of the company's initiatives, like its streaming-based WWE Network, appear promising.

But the Stamford, Connecticut-based company offered a dimmer outlook on Thursday. It now expects to report 2019 adjusted earnings of $180 million, down from as much $190 million as previously forecast. The new projection trails the nearly $186.6 million that consensus estimates were calling for.

WWE is scheduled to release its final results on Feb. 6.

**Energizing Fans**

The company is working to re-energize fans with new talent -- and some well-known names from the past.

Terry "Hulk Hogan" Bollea, arguably the biggest star to come out of the wrestling industry next to Dwayne "The Rock" Johnson, is making a bid for a comeback in 2020.

"Wrestlemania is right around the corner Brother!" Hogan, 65, teased in a social media post this month on Twitter.

But McMahon will need more than wrestling veterans to get the company back on track.

The executive said Thursday that WWE is up to the challenge.

"The board and I have great confidence in our collective abilities to create compelling content, engage our global fan base across platforms, increase revenues and drive shareholder value," he said

72.    The Individual Defendants would cause the Company to announce fourth quarter fiscal year 2019 results on February 6, 2020.  For fiscal year 2019 the Company failed to reach its target adjusted OIBDA.  The February 6, 2020 press release noted in pertinent part:

> For the year, we achieved record revenue and Adjusted OIBDA. ***However, with the delay in completing a Middle East distribution agreement as well as lower business performance than anticipated, our results were at the low-end of guidance," added Frank Riddick, interim Chief Financial Officer.*** "As we work to strengthen engagement in 2020, we are pursuing several strategic initiatives that could increase the monetization of our content, including the distribution of content in the Middle East and India as well as strategic alternatives for our direct-to-consumer service, *WWE Network*. Excluding the potential impact of these initiatives, we expect significant revenue growth based on the full year impact of our new content distribution agreements in the U.S. and anticipate Adjusted OIBDA of $250 to $300 million. Management believes it has the potential to exceed this range, but is unable to provide additional guidance at this time.

(emphasis added).

73.    Later in the day, the Company held a conference call with analysts, media representatives and investors to discuss its results. During the earnings call, in which defendants V. McMahon and Riddick confirmed that the Company's 2020 financial guidance ***did not include any revenues related to a prospective MENA media rights deal***. When asked if "guidance for

2020 assumes . . . zero revenues associated with your rights -- TV rights or media rights in India and the Middle East," defendant Riddick responded "Well, on MENA, you're correct."

74.     Nearly a year after a media rights deal was characterized as an "agreement in principle" and said to be "very close" to being announced, the Company was not projecting it would have an executed deal in 2020.

## D.     Company Insiders Sell Their Stock

75.     The misleading statements and outright omissions regarding the Company's future of a media rights deal in MENA hurt the Company – but helped Company insiders.

76.     The failure to disclose in 2019 that the OSN agreement had been prematurely terminated and subsequent misleading information that a new media rights deal in the Middle East was imminent lead to WWE's stock to trade at artificially inflated prices.

77.     V. McMahon sold more than 3.2 million Company shares for over ***$261 million*** in gross insider trading proceeds on March 27, 2019, with only a few days left before the OSN agreement lapsed.

78.     V. McMahon, the Company's CEO, Chairman of the Board, and largest shareholder ***knew*** that the OSN agreement had been terminated early and used to that inside information – which again, would not be disclosed to the rest of the investing public for months – to liquidate a sizeable portion of his personal holdings of WWE stock.

79.     V. McMahon was not alone.  On February 27, 2019 Barrios sold 40,000 shares of his personally held WWE stock for proceeds of over $3 million pursuant to a 10b5-1 plan.  As the Company's former Co-President and its principal financial officer, Barrios knew that the OSN agreement had been terminated early and that no replacement media rights deal in the Middle East was forthcoming.  Barrios used that inside information for his own profit.

80.     Wilson also sold shares while in possession of material inside information.  Wilson sold over 158,000 shares of WWE stock on August 8, 2019 for proceeds of nearly $11 million. At the time of Wilson's sale, she knew that a replacement media rights deal was not going to be announced "very soon" and used that information to liquidate her personally held shares at artificially inflated prices.

## DERIVATIVE AND DEMAND ALLEGATIONS

81.     Plaintiff brings this action derivatively in the right and for the benefit of WWE to redress the breaches of fiduciary duty and other violations of law by Defendants.

82.     Plaintiff will adequately and fairly represent the interests of WWE and its shareholders in enforcing and prosecuting its rights.

83.     At the time this action was commenced, the WWE Board consists of the following eleven (11) members: V. McMahon, S. McMahon, Speed, Gottesman, Goldfarb, Ong, Levesque, Peterson, Singh, Wexler, and Riddick.  Plaintiff has not made any demand on the present Board to institute this action because such a demand would be a futile, wasteful and useless act, for the following reasons:

### V. McMahon, S. McMahon, Levesque, and Riddick Are Not Independent

84.     By virtue of their positions as employees of WWE, V. McMahon, S. McMahon, Levesque and Riddick are not independent.  The principal professional occupation of V. McMahon is his employment with WWE as Chairman of the Board and CEO.  The principal professional occupation of S. McMahon is her employment with WWE as Chief Brand Officer. The principal professional of Levesque is his employment with WWE as Executive Vice President, Talent, Live Events & Creative.  The principal professional Riddick is his employment with WWE as interim

CFO.  In these positions, V. McMahon, S. McMahon, Levesque and Riddick earn substantial compensation.

85.     Moreover, the Board has admitted that V. McMahon, S. McMahon, Levesque and Riddick are not independent.  The Company's 2020 Proxy Statement filed with the SEC on March 6, 2020 states that V. McMahon, S. McMahon, Levesque and Riddick are not independent. In other words, V. McMahon, S. McMahon, Levesque and Riddick's own peers have determined that V. McMahon, S. McMahon, Levesque and Riddick are incapable of exercising independent business judgment with respect to a demand. Thus, V. McMahon, S. McMahon, Levesque and Riddick lack independence from demonstrably interested directors, rendering them incapable of impartially considering a demand to commence and vigorously prosecute this action

**The Audit Committee Defendants Face a Substantial Likelihood of Liability**

86.     The Audit Committee Defendants (Speed, Goldfarb, and Singh) face a substantial likelihood of liability as a result of their service on the Board's Audit Committee. Pursuant to the Company's Audit Committee Charter, the members of the Audit Committee were and are responsible for, *inter alia*, review and discussing earnings press releases with management, including the type and presentation of information, paying particular attention to any use of "proforma", "adjusted" or other information which is not required by generally accepted accounting principles ("GAAP").

87.     Defendants Speed, Goldfarb, and Singh breached their fiduciary duties of due care, loyalty, and good faith, because the Audit Committee, *inter alia*, allowed or permitted the Company to disseminate false and misleading statements in the Company's SEC filings and other disclosures.

88.     Speed, Goldfarb, and Singh knew, or were reckless in not knowing, that: (1) the Company's publicly stated non-GAAP financial metric of $200 million in adjusted OIBDA could only be obtained with an existing media rights deal in the Middle East; (2) that no such deal was in place; (3) that the OSN agreement had been terminated in December 2018; (4) and that a replacement deal with the Saudi General Sports Authority was not "very close." Therefore, the Audit Committee Defendants each face a substantial likelihood of liability for their breach of fiduciary duties and any demand upon them is futile.

**V. McMahon, S. McMahon, Speed, Gottesman, Goldfarb, Ong, Levesque, Peterson, Singh, Wexler, and Riddick Face a Substantial Likelihood of Liability**

89.     V. McMahon, S. McMahon, Speed, Gottesman, Goldfarb, Ong, Levesque, Peterson, Singh, Wexler, and Riddick face a substantial likelihood of liability for signing the 2018 10-K.

90.     At the time the 2018 10-K was filed with the SEC and bearing their signatures, V. McMahon, S. McMahon, Speed, Gottesman, Goldfarb, Ong, Levesque, Peterson, Singh, Wexler, and Riddick either knew, or were reckless in not knowing, that the early termination of the OSN agreement had already been agreed to by WWE and that information was not disclosed.  As detailed herein, the existence of a media rights deal in the Middle East was a key driver of the Company's touted international growth strategy and was a material fact that should have been disclosed.

91.     Therefore, V. McMahon, S. McMahon, Speed, Gottesman, Goldfarb, Ong, Levesque, Peterson, Singh, Wexler, and Riddick each face a substantial likelihood of liability for their breach of fiduciary duties and any demand upon them is futile.

92.     Thus, this shareholder derivative action should be allowed to proceed.

**FIRST CAUSE OF ACTION**

**For Breach of Fiduciary Duty Against All Defendants**

93.     Plaintiff incorporates by reference and realleges each and every allegation set forth above, as though fully set forth herein. The Individual Defendants breached their fiduciary duties to direct WWE's business and affairs in accordance with the laws, rules and regulations applicable to its business.

94.     The Individual Defendants breached their fiduciary duties of care, loyalty, and good faith by causing or allowing the Company to disseminate to WWE shareholders materially misleading and inaccurate information through, *inter alia*, SEC filings, press releases, conference calls, and other public statements and disclosures as detailed herein. These actions could not have been a good faith exercise of prudent business judgment.

95.     As a result of defendants' faithless misconduct, WWE has suffered millions in damages, injuries and losses.

96.     Plaintiff, on behalf of WWE, has no adequate remedy at law.

**SECOND CAUSE OF ACTION**
**Unjust Enrichment Against All Defendants**

97.     Plaintiff incorporates by reference and realleges each and every allegation of set forth above, as though fully set forth herein

98.     By their wrongful acts and omissions, the Individual Defendants were unjustly enriched at the expense of and to the detriment of WWE.

99.     Each of the Defendants received payment from WWE, in the form of either salary or director fees, while actively breaching their fiduciary duties to WWE.

100.    All the payments and benefits provided to defendants were at the expense of WWE. The Company received no benefit from these payments.

101.    Plaintiff, as a shareholder and representative of WWE, seeks restitution from the Individual Defendants, and each of them, and seeks an order of this Court disgorging all profits, benefits and other compensation obtained by the Individual Defendants, and each of them, from their wrongful conduct and fiduciary breaches.

102.    Plaintiff, on behalf of WWE, has no adequate remedy at law.

### THIRD CAUSE OF ACTION
### Insider Selling Against Barrios, Wilson, and V. McMahon

103.    Plaintiff incorporates by reference and realleges each and every allegation contained above, as though fully set forth herein.

104.    At the time Barrios, Wilson, and V. McMahon sold their personally held WWE stock, they were officers and/or directors of the Company which gave them access, directly or indirectly, to material information about WWE not generally available to the public.

105.    Barrios, Wilson, and V. McMahon sold WWE stock at a time when they knew material information about WWE which would have significantly affected the market price of WWE's common stock and was not generally available to the public.  Specifically, Barrios, Wilson, and V. McMahon knew that WWE had agreed to the early termination of the OSN agreement and knew that a replacement media rights deal in the Middle East was not imminent.

106.    Plaintiff, on behalf of WWE, has no adequate remedy at law

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff demands judgment as follows:

A.    Awarding money damages against all defendants, jointly and severally, for all damages, injuries and losses suffered, and to be suffered, as a result of the acts and transactions

complained of herein, together with pre-judgment interest, to ensure that defendants do not participate therein or benefit thereby;

B.      Directing all defendants to account for all damages caused by them and all profits, special benefits and unjust enrichment they have obtained as a result of their unlawful conduct, including all salaries, bonuses, fees and insider sales proceeds, and imposing a constructive trust thereon;

C.      Directing WWE to take all necessary actions to reform and improve its corporate governance and internal control procedures to comply with applicable law, including, but not limited to, state corporation laws regarding fiduciary duties;

D.      Awarding punitive damages;

E.      Awarding costs and disbursements of this action, including reasonable attorneys', accountants' and experts' fees; and

F.      Granting such other and further relief as this Court may deem just and proper.

## JURY DEMAND

Plaintiff demands a trial by jury.


Dated: July 3, 2020


By: /s/ Jonathan M. Shapiro ct24075
        Jonathan M. Shapiro
        **AETON LAW PARTNERS LLP**
        101 Centerpoint Road, Suite 105
        Middletown, Connecticut 06475
        Telephone: 860-724-2160
        Facsimile: 860-724-2161
        JURIS # 433168
        jms@aetonlaw.com

**THE WEISER LAW FIRM, P.C.**
ROBERT B. WEISER
JAMES M. FICARO
22 Cassatt Avenue
Berwyn, PA 19312
Telephone:  (610) 225-2677
rw@weiserlawfirm.com
jmf@weiserlawfirm.com

*Counsel for Plaintiffs*

DocuSign Envelope ID: 2F73262D-3497-41F8-A875-50B80E281C93

## **WORLD WRESTLING ENTERTAINMENT, INC. VERIFICATION**

I, Daniel Kooi, hereby verify that I am familiar with the allegations in the Verified

Amended Shareholder Derivative Complaint, and that I have authorized the filing of the

Verified Amended Shareholder Derivative Complaint, and that the foregoing is true and

correct to the best of my knowledge, information, and belief.

Date: July 2, 2020

_____
Daniel Kooi