# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RYAN MERHOLZ, and MELVYN KLEIN, derivatively on behalf of WORLD WRESTLING ENTERTAINMENT, INC., | : | CASE NO. 3:20-CV-00557-VAB |
| | : | |
| | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| VINCENT K. MCMAHON, STEPHANIE MCMAHON, PAUL LEVESQUE, FRANK A. RIDDICK III, STUART U. GOLDFARB, LAUREEN ONG, ROBYN W. PETERSON, MAN JIT SINGH, JEFFREY R. SPEED, ALAN M. WEXLER, GEORGE A. BARRIOS, and MICHELLE D. WILSON, | : | |
| | : | |
| Defendants, | : | |
| | : | |
| WORLD WRESTLING ENTERTAINMENT, INC., | : | |
| | : | |
| Nominal Defendant. | : | |

| | | |
|---|---|---|
| DANIEL KOOI, derivatively on behalf of WORLD WRESTLING ENTERTAINMENT, INC., | : | CASE NO. 3:20-CV-00743-VAB |
| | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| VINCENT K. MCMAHON, FRANK A. RIDDICK III, JEFFREY R. SPEED, PATRICIA A. GOTTESMAN, STUART U. GOLDFARB, LAUREEN ONG, PAUL LEVESQUE, ROBYN W. PETERSON, STEPHANIE MCMAHON, MAN JIT SINGH, ALAN M. WEXLER, GEORGE A. BARRIOS, and MICHELLE D. WILSON | : | |
| | : | |
| Defendants. | : | |
| | : | |

WORLD WRESTLING ENTERTAINMENT,       :
INC.                                                           :
                                                                    :
                    Nominal Defendant.         :

_____

RODNEY NORDSTROM, derivatively on    :   CASE NO. 3:20-CV-00904-VAB
behalf of WORLD WRESTLING                   :
ENTERTAINMENT, INC.,                           :
                                                                    :
                    Plaintiff,                             :
                                                                    :
v.                                                                :
                                                                    :
VINCENT K. MCMAHON, GEORGE A.        :
BARRIOS, MICHELLE D. WILSON,             :
STEPHANIE MCMAHON, PAUL                   :
LEVESQUE, FRANK A. RIDDICK III,          :
STUART U. GOLDFARB, LAUREEN ONG,     :
ROBYN W. PETERSON, MAN JIT SINGH,    :
JEFFREY R. SPEED, ALAN M. WEXLER,     :
and PATRICIA A. GOTTESMAN,               :
                                                                    :
                    Defendants,                         :
                                                                    :
WORLD WRESTLING ENTERTAINMENT,       :
INC.,                                                          :
                                                                    :
                    Nominal Defendant.         :   NOVEMBER 20, 2020

_____

### DECLARATION OF JEFFREY P. MUELLER IN SUPPORT OF DEFENDANTS' MEMORANDUM OF LAW IN OPPOSITION TO DENNIS PALKON'S MOTION FOR PERMISSIVE INTERVENTION, APPOINTMENT OF LEAD COUNSEL, AND DENIAL OF DEFENDANTS' MOTIONS TO DISMISS AS MOOT

I, Jeffrey P. Mueller declare as follows:

1.        I am a partner at the law firm of Day Pitney LLP.

2.        I am counsel for Defendants Vincent K. McMahon, George A. Barrios, Michelle

D. Wilson, Stephanie McMahon, Paul Levesque, Frank A. Riddick III, Stuart U. Goldfarb,

Laureen Ong, Robyn W. Peterson, Man Jit Singh, Jeffrey R. Speed, Alan M. Wexler, and

Patricia A. Gottesman and Nominal Defendant World Wrestling Entertainment, Inc. ("WWE") (collectively, "Defendants") in the above-captioned actions.

3.        I respectfully submit this Declaration in support of Defendants' Memorandum of Law in Opposition to Dennis Palkon's ("Palkon") Motion for Permissive Intervention, Appointment of Lead Counsel, and Denial of Defendants' Motions to Dismiss as Moot.

4.        Attached hereto as <u>Exhibit 1</u> is a true and accurate copy of WWE's 8-K filed with the United States Securities and Exchange Commission on September 1, 2020.

5.        Attached hereto as <u>Exhibit 2</u> is a true and accurate copy of WWE's 8-K filed with the United States Securities and Exchange Commission on October 5, 2020.

6.        Attached hereto as <u>Exhibit 3</u> is a true and accurate copy of WWE's 8-K filed with the United States Securities and Exchange Commission on July 7, 2020.

7.        Attached hereto as <u>Exhibit 4</u> is a true and accurate copy of Minutes of a Telephonic Meeting of the Board of Directors dated September 8, 2017, which was produced to Palkon in response to his demand to inspect WWE's corporate books and records pursuant to 8 *Del. C.* § 220.

8.        Attached hereto as <u>Exhibit 5</u> is a true and accurate copy of Minutes of a Regular Meeting of the Board of Directors dated October 19, 2017, which was produced to Palkon in response to his demand to inspect WWE's corporate books and records pursuant to 8 *Del. C.* § 220.

9.        Attached hereto as <u>Exhibit 6</u> is a true and accurate copy of a Unanimous Written Resolution of the Board of Directors dated January 31, 2018, which was produced to Palkon in response to his demand to inspect WWE's corporate books and records pursuant to 8 *Del. C.* § 220.

10.     Attached hereto as <u>Exhibit 7</u> is a true and accurate copy of Minutes of a Meeting of the Special Committee of the Board of Directors dated January 18, 2018, which was produced to Palkon in response to his demand to inspect WWE's corporate books and records pursuant to 8 *Del. C.* § 220.

11.     Attached hereto as <u>Exhibit 8</u> is a true and accurate copy of Minutes of a Meeting of the Special Committee of the Board of Directors dated February 7, 2018, which was produced to Palkon in response to his demand to inspect WWE's corporate books and records pursuant to 8 *Del. C.* § 220.

12.     Attached hereto as <u>Exhibit 9</u> is a true and accurate copy of Minutes of a Meeting of the Special Committee of the Board of Directors dated January 18, 2018, which was produced to Palkon in response to his demand to inspect WWE's corporate books and records pursuant to 8 *Del. C.* § 220.

13.     Attached hereto as <u>Exhibit 10</u> is a true and accurate copy of Minutes of a Meeting of the Special Committee of the Board of Directors dated January 19, 2018, which was produced to Palkon in response to his demand to inspect WWE's corporate books and records pursuant to 8 *Del. C.* § 220.

14.     Attached hereto as <u>Exhibit 11</u> is a true and accurate copy of Minutes of a Meeting of the Special Committee of the Board of Directors dated January 22, 2018, which was produced to Palkon in response to his demand to inspect WWE's corporate books and records pursuant to 8 *Del. C.* § 220.

15.     Attached hereto as <u>Exhibit 12</u> is a true and accurate copy of Minutes of a Meeting of the Special Committee of the Board of Directors dated January 22, 2018, which was produced

to Palkon in response to his demand to inspect WWE's corporate books and records pursuant to 8 *Del. C.* § 220.

16.      Attached hereto as <u>Exhibit 13</u> is a true and accurate copy of Minutes of a Meeting of the Special Committee of the Board of Directors dated February 15, 2018, which was produced to Palkon in response to his demand to inspect WWE's corporate books and records pursuant to 8 *Del. C.* § 220.

17.      Attached hereto as <u>Exhibit 14</u> is a true and accurate copy of Minutes of a Meeting of the Special Committee of the Board of Directors dated February 27, 2018, which was produced to Palkon in response to his demand to inspect WWE's corporate books and records pursuant to 8 *Del. C.* § 220.

18.      Attached hereto as <u>Exhibit 15</u> is a true and accurate excerpted copy of Minutes of a Meeting of the Special Committee of the Board of Directors dated March 29, 2018, which was produced to Palkon in response to his demand to inspect WWE's corporate books and records pursuant to 8 *Del. C.* § 220.

19.      Attached hereto as <u>Exhibit 16</u> is a true and accurate excerpted copy of Duff & Phelps' Presentation to the Special Committee of the Board of Directors dated February 27, 2018, which was produced to Palkon in response to his demand to inspect WWE's corporate books and records pursuant to 8 *Del. C.* § 220.

20.      Attached hereto as <u>Exhibit 17</u> is a true and accurate copy of Minutes of a Regular Meeting of the Board of Directors dated April 19, 2018, which was produced to Palkon in response to his demand to inspect WWE's corporate books and records pursuant to 8 *Del. C.* § 220.

21.     Attached hereto as <u>Exhibit 18</u> is a true and accurate excerpted copy of WWE's 10-Q filed with the United States Securities and Exchange Commission on May 3, 2018.

22.     Attached hereto as <u>Exhibit 19</u> is a true and accurate excerpted copy of an agenda and materials for a meeting of the Audit Committee dated April 18, 2018, which was produced to Palkon in response to his demand to inspect WWE's corporate books and records pursuant to 8 Del. C. § 220.

23.     Attached hereto as <u>Exhibit 20</u> is a true and accurate excerpted copy of a Complaint for Damages and Jury Trial, dated February 22, 2019, filed in the Superior Court of the State of California for the County of Los Angeles under caption, *Vanech v. Ebersol, et al.*, No. 19STCP00540.

24.     Attached hereto as <u>Exhibit 21</u> is a true and accurate copy of the Affidavit of Charles Ebersol dated December 12, 2019, which was provided to Palkon on June 24, 2020.

25.     Attached hereto as <u>Exhibit 22</u> is a true and accurate excerpted copy of an agenda and materials for a meeting of the Board of Directors dated February 1, 2018, which was produced to Palkon in response to his demand to inspect WWE's corporate books and records pursuant to *8 Del. C. § 220.*

26.     Attached hereto as <u>Exhibit 23</u> is a true and accurate excerpted copy of an agenda and materials for a meeting of the Board of Directors dated October 18, 2018, which was produced to Palkon in response to his demand to inspect WWE's corporate books and records pursuant to 8 *Del. C. § 220.*

27.     Attached hereto as <u>Exhibit 24</u> is a true and accurate excerpted copy of an agenda and materials for a meeting of the Board of Directors dated January 31, 2019, which was

produced to Palkon in response to his demand to inspect WWE's corporate books and records pursuant to 8 *Del. C.* § 220.

28.     Attached hereto as <u>Exhibit 25</u> is a true and accurate excerpted copy of an agenda and materials for a meeting of the Board of Directors dated April 18, 2019, which was produced to Palkon in response to his demand to inspect WWE's corporate books and records pursuant to 8 *Del. C.* § 220.

29.     Attached hereto as <u>Exhibit 26</u> is a true and accurate copy of Minutes of a Regular Meeting of the Board of Directors dated July 18, 2019, which was produced to Palkon in response to his demand to inspect WWE's corporate books and records pursuant to 8 *Del. C.* § 220.

30.     Attached hereto as <u>Exhibit 27</u> is a true and accurate excerpted copy of WWE's 8-K filed with the United States Securities and Exchange Commission on July 25, 2019.

31.     Attached hereto as <u>Exhibit 28</u> is a true and accurate copy of a report of WWE's stock prices from July 24-26, 2019, which was downloaded from Yahoo! Finance on November 17, 2020.

32.     Attached hereto as <u>Exhibit 29</u> is a true and accurate excerpted copy of a Confidentiality Agreement dated as of September 24, 2020.

33.     Attached hereto as <u>Exhibit 30</u> is a true and accurate excerpted copy of WWE's Schedule 14A Definitive Proxy Statement filed with the United States Securities and Exchange Commission on March 31, 2008.

34.     Attached hereto as <u>Exhibit 31</u> is a true and accurate excerpted copy of WWE's Schedule 14A Definitive Proxy Statement filed with the United States Securities and Exchange Commission on March 11, 2016.

35.     Attached hereto as <u>Exhibit 32</u> is a true and accurate excerpted copy of WWE's 8-K filed with the United States Securities and Exchange Commission on April 21, 2016.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.


Dated:  November 20, 2020
Milford, Connecticut

_____
Jeffrey P. Mueller